IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSTEEL ERECTORS, Inc., | ) |
| Plaintiff, | )   4:08CV3038 |
| V. | ) |
| SCHARPF'S CONSTRUCTION, Inc., KRAUS-ANDERSON CONSTRUCTION, Company, JAMES SCHARPF, JASON RUSNAK, MENARDS, Inc., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | )   ORDER |
| Defendants. | ) |

The defendants' motion for enlargement of time, filing 15, is granted. The parties' planning conference report shall be filed on or before April 21, 2008.

DATED this 14th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge