```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CONSTEEL ERECTORS, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC., | ) | ORDER |
| KRAUS-ANDERSON CONSTRUCTION | ) | |
| COMPANY, JAMES SCHARPF, JASON | ) | |
| RUSNAK, MENARDS, INC., and | ) | |
| TRAVELERS CASUALTY AND SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The unopposed motion of defendants Kraus-Anderson Construction Company, Jason Rusnak, Menards, Inc., and Travelers Casualty and Surety Company of America, filing 25, is granted and the deadline for the parties to amend pleadings or add parties is extended to June 13, 2008.

DATED May 30, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge