```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CONSTEEL ERECTORS, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3038 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC, et. al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

The defendants' unopposed motion for enlargement of time, [filing 31](filing 31), is granted. The deadline for moving to file amended pleadings or to add parties is extended to June 20, 2008.

DATED this 19th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge