IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSTEEL ERECTORS, INC., | ) | 4:08CV3038 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC.; KRAUS-ANDERSON CONSTRUCTION COMPANY; JAMES SCHARPF; JASON RUSNAK; MENARDS, INC.; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the plaintiff's motion for an enlargement of time and continuance ([filing 37](filing 37)) is granted, as follows:

1. The plaintiff is granted a 3-week enlargement of time, until August 11, 2008, to file a brief and affidavits in support of its motion for default judgment.

2. The Rule 56(b) default judgment hearing is continued to August 20, 2008, at 1:00 p.m., in Courtroom No. 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. The clerk of the court shall send copies of this order to the following addresses:

    Scharpf's Construction, Inc.
    c/o John Wayne Cox
    512 Spring Street
    Galena, Illinois 61036

James Scharpf
507 Jo Daviess Street
Galena, Illinois 61036

July 9, 2008.                                    BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge