IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSTEEL ERECTORS, INC., | ) | 4:08CV3038 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC.; KRAUS-ANDERSON CONSTRUCTION COMPANY; JAMES SCHARPF; JASON RUSNAK; MENARDS, INC.; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion for an enlargement of time filed by the defendants Kraus-Anderson Construction Company, Jason Rusnak, Menards, Inc., and Travelers Casualty and Surety Company of America (filing 46) is granted, as follows:

The defendants shall have until August 19, 2008, to file evidence and briefs in response to the plaintiff's amended motion for default judgment against the defendants Scharpf's Construction, Inc., and James Scharpf (filing 21).

August 12, 2008.                              BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge