IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSTEEL ERECTORS, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC., | ) | ORDER |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The motion of defendants Kraus-Anderson Construction Company and Menards, Inc., filing no. 64, for leave to amend counterclaim, is granted. The amended counterclain shall be filed forthwith.

DATED this 9th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge