IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSTEEL ERECTORS, INC., | ) | 08CV3038 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC., et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 70) is granted, as follows:

Plaintiff shall have until November 4, 2008, to respond to Defendants' motion for partial summary judgment (filing 67).

October 10, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge