IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSTEEL ERECTORS, INC., ) | |
| ) | |
| Plaintiff, ) | 4:08CV3038 |
| ) | |
| v. ) | |
| ) | |
| SCHARPF'S CONSTRUCTION, INC., ) | ORDER |
| KRAUS-ANDERSON CONSTRUCTION ) | |
| COMPANY, JAMES SCHARPF, JASON ) | |
| RUSNAK, MENARDS, INC., and ) | |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

The parties have not requested a jury trial in this matter, but the final progression order of January 13, 2009 inadvertently set the trial as a jury trial.

IT THEREFORE HEREBY IS ORDERED:

Paragraph number 8 of the final progression order, filing no. 85, is amended as follows:

8. **Non-jury** trial is set to commence, at the court's call, during the week of July 20, 2009 for a duration of four days in Lincoln, Nebraska, before the Honorable Richard G. Kopf, United States District Judge.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

DATED February 2, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge