```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CONSTEEL ERECTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Claimants' motion, filing no. 88, for leave to file an Amended Cross Claim against Scharpf's Construction, Inc., is granted. The Amended Cross Claim shall be filed forthwith.

DATED this 18th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge