IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSTEEL ERECTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHARPF'S CONSTRUCTION, INC., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Counsel shall confer and inform the undersigned within ten days of their joint, or if necessary, separate views on an appropriate progression schedule for the remainder of the case designated to go forward by the court's Memorandum and Order of March 24, 2009, filing no. 94.

DATED this 25th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge