IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSTEEL ERECTORS, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| KRAUS-ANDERSON | ) | MEMORANDUM AND ORDER |
| CONSTRUCTION, Company, | ) | |
| JASON RUSNAK, MENARDS, Inc., | ) | |
| and TRAVELERS CASUALTY | ) | |
| AND SURETY COMPANY OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have filed a joint motion for a 60-day continuance of their expert witness disclosure deadlines.  (Filing No. 104).  They have not requested a continuance of the remaining deadlines set forth in the court's progression order.  The court notes that if the requested 60-day continuance is granted, rebuttal experts need not be disclosed until after the scheduled pretrial conference.  Accordingly,

IT IS ORDERED:

1)    The parties' joint motion for a continuance of the expert witness disclosure deadlines, (filing no. 104), is granted, in part, as follows:

a.    Each plaintiff, counter-claimant and cross-claimant shall disclose any expert witnesses on or before August 1, 2009;

b.    Each defendant, counter-defendant, and cross-defendant shall disclose any expert witnesses on or before September 1, 2009;

c.    If necessary to refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or

cross-claimant may disclose additional expert witnesses not later than September 15, 2009.

2) All other deadlines and dates set forth in the court's Amended Order Setting Final Schedule for Progression of a Civil Case, (filing no. 97), remain in effect.

DATED this 25th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge